UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ALTA YOUNG, as parent and next friend of M.M., a minor,<br>       Plaintiff,<br>v.<br><br>LONNIE NETZEL, in his individual and official capacity as an employee of the City of Kankakee, et al.,<br>       Defendants. | Case No. 10-CV-2007 |

## ORDER

A Report and Recommendation (#50) was filed by Magistrate Judge David G. Bernthal in the above cause on July 14, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

  IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#50) is accepted by this court.

(2) The Motion to Dismiss Pursuant to FRCP 12(b)(6) (#44) filed by Defendants Board of Education of Kankakee School District 111, Jessica Labon, and Teresa Lareau is GRANTED. Count V of Plaintiff's First Amended Complaint (#38) is dismissed with prejudice.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 4th day of August, 2010

   s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE